evidence of payment of the first mortgage given on the trial. The defendant asked the court to charge: "I ask your honor to charge the jury that there is no proof of the payment of the first mortgage, or any part thereof, pleaded or proven, except by including it in the second mortgage." This was refused and an exception taken, which was error. Whether the amount secured to be paid by the first mortgage formed part of the consideration of the second and was so paid, was the only issue; and we think the court erred in refusing to call the attention of the jury to that issue, and in refusing to direct them to confine their attention to it. The first item in the statement attached to the second mortgage is: "Nov. 15, 1887. Cash loaned, $1,775; interest at 4 per ct. for 3 years, $213. $1,988." It was proved and admitted that this item was loaned by the check of Vernam & Co , dated November 15, 1887, for $1,775, payable to the order of H. A. Nelson, and by him indorsed to the plaintiff. The second item in the statement is: "Jan. 2, 1890. Cash loaned, $227; interest thereon to date of mortgage, $7.88. $234.88." A check drawn by Homer A. Nelson, January 2, 1890, for this sum, payable to the order and indorsed by the plaintiff was proved. The third item in the statement is: "Cash loaned, $1,600." It was proved that Homer A. Nelson, on January 14, 1890, drew his check for $1,600, payable to the order of and indorsed by the plaintiff. The interest on this item is $33.50. The interest on the second and third items at four per cent amounts to $61.38, and exceeds by forty cents the amount of $60.90 charged in the statement. The plaintiff admitted on the trial, "We received the $1,700 and the $3,875. We don't deny it." The interest on the first mortgage from its date to the date of the second mortgage at six per cent amounts to $516.61, making the amount due $2,216.51, which, added to any of the items making up the second mortgage, will not produce its amount. The first bond and mortgage were found among the papers of the testator at his death. The conclusion which logically follows from these facts, that the first mortgage forms no part of the consideration of the second, was not overcome by the loose and unsatisfactory testimony of the stenographer who drew it, and inevitably leads to the belief that the witness misunderstood the remarks of Mr. Nelson. The testator was a lawyer and was dealing with a client who was a woman; and he took great pains to preserve written evidence of the fairness of

his transactions with her. We cannot doubt that the verdict in this case was contrary to the evidence, and it and the order should be reversed on the law and the facts and a new trial granted, with costs to the appellant to abide the event. Van Brunt, P. J., and O'Brien, J., concurred.

First National Bank of Sing Sing, Appellant, v. Schuyler Hamilton and Others, Respondents. — Judgment affirmed on opinion of referee, with costs.

Bowman, Thompson & Co., Limited. Respondent, v. Joseph F. Fuerst and Others, Appellants.— Order affirmed, with costs.— PER CURIAM: For the reasons expressed in the case of *Bowman, Thompson & Co , Ltd.*, v. *Joseph F. Fuerst et al.*, herewith handed down, the order appealed from should be affirmed, with costs. Present— Van Brunt, P. J., O'Brien and Follett, JJ.

David McClure, as Temporary Receiver, etc , v. Louis P. Levy.— Order affirmed, with ten dollars costs and disbursements.

Robert O. Babbitt, Appellant, v. William W. Gibbs, Respondent —Judgment affirmed on referee's opinion, with costs.

John C. Wilmerding, Appellant, v. Marshall Field and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.

Livingston Beekman, as Administrator, Appellant, v. Horn Silver Mining Company, Respondent.— Order affirmed, with ten dollars costs and disbursements.

Walter C. Stokes and Others, Appellants, v. James M. Waterbury and Others, Respondents.— Order modified by striking out paragraphs numbered 7, 8, 9 and 10, and affirmed as modified, without costs.

In the Matter of Sarah N. Guzman.— Motion denied on payment of ten dollars costs.

Moses R. Crow and Another, Appellants, v. William E. Coffin and Others, Respondents. —Motion granted, with ten dollars costs.

Emil Oelberman, Appellant, v. New York and Northern Railway Company and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements, on opinion of the court below.

John W. O'Reilly, as Administrator, v. The Mayor, etc., Appellant.— Judgment affirmed, with costs.

The Manhattan Life Insurance Company, Appellant, v. Morris Alexander, Impleaded, Respondent.— Judgment reversed and new trial ordered, with costs to appellant to abide event.

76 613
149a 587

76 613
150a 281
76h 613
s54ad635